IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ADAM M. JOSEPH, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 10-00501-CV-W-HFS |
| | ) | Crim. No. 07-00415-03-CR-W-HFS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

For reasons stated in the Government's response (Doc. 12) the motion for relief under 28 U.S.C. § 2255 is hereby DENIED.

On the substantive issue presented by petitioner, the court would have denied as unsound any claim of role in the offense error in the presentence report.

A request for a certificate of appealability will be denied. Petitioner is free to request such a certificate from the Court of Appeals.

                /s/ Howard F. Sachs
                HOWARD F. SACHS
                UNITED STATES DISTRICT JUDGE

November _5_, 2010

Kansas City, Missouri